

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

|  | § |  |
| --- | --- | --- |
| ABRAHAM WOLF, | | No. 08-13-00350-CV |
| | § | |
| Appellant, | | Appeal from the |
| | § | |
| v. | | 243rd District Court |
| | § | |
| GARRY STARR and BONNIE STARR, | | of El Paso County, Texas |
| | § | |
| Appellees. | | (TC# 2012DCV05225) |
| | § | |

## J U D G M E N T

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. This decision shall be certified below for observance.

IT IS SO ORDERED THIS 9TH DAY OF JANUARY, 2015.

YVONNE T. RODRIGUEZ, Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.